UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14029-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRONE WILLIAMS,

    Defendant.
_____/

FILED by ___ D.C.
APR 27 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL [D.E. #422]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed as well as the docket sheet representing all current filings, and this Court otherwise being advised in the premises, makes the following recommendation to the District Court:

1. The Defendant Tyrone Williams has filed a handwritten pro se request to have this Court appoint a lawyer for him. The motion states his previous court appointed lawyer was Steve Logan.

2. This Court has reviewed the docket entries in this case and can find no pending motion filed either by the government or the Defendant which would require court appointed counsel for the Defendant. Additionally, this Court notes that the Defendant's motion does not give any reason as to why he is seeking court appointed counsel.

3. The Judgment and Conviction in this case as to the Defendant Tyrone Williams was entered by the District Court on December 4, 2006 [D.E. #162]. At that time, the District Court sentenced the Defendant to 327 months in the Federal Bureau of Prisons

to be followed by ten years of supervised release. Thereafter, the District Court granted the government's motion to reduce the Defendant's sentence. The Order of the District Court [D.E. #221] was dated March 13, 2007 and reduces the Defendant's sentence to 164 months in the Federal Bureau of Prisons. A subsequent motion filed by the Defendant seeking a reduction of sentence was denied by the District Court on May 23, 2008 [D.E. #338].

4. The time for the Defendant to appeal his underlying Judgment and Conviction in this case as well as any of the aforementioned Orders has expired. There is no indication as to why the Defendant is seeking court appointed counsel.

5. The Defendant does not have a constitutional right to appointment of counsel to mount a collateral attack on his conviction. The right to court appointed counsel extends only to a first appeal and not to any post-conviction proceedings, which are not part of the criminal proceeding. Such post-conviction proceedings are considered to be civil in nature. Pennsylvania v. Finley, 481 U.S. 551 (1997); Barbour v. Haley, 471 F.3d 1222 (11th Cir. 2006); and Arthur v. Allen, 452 F.3d 1234 (11th Cir. 2006).

6. Based upon all of the foregoing, the Defendant has not established entitlement to court appointed counsel and this Court will recommend that his motion be denied.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's Motion For Appointment Of Counsel [D.E. #422] be **DENIED.**

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 27th day of April, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore

Office of the U. S. Attorney (Fort Pierce)

Tyrone Williams, Reg. No. 75711-004
FCI Williamsburg
Inmate Mail
P. O. Box 340
Salters, SC 29590